UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

**SEALED**

UNITED STATES OF AMERICA :
                            :

                            :   **ORDER**

      - v -             :

                            :   **21 MAG 4109**

ROBERT PEALY,           :

                            :

               Defendant.   :
------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

WHEREAS, on May 5, 2021, the Court presided over proceedings regarding the appointment of counsel for Robert Pealy in this matter;

WHEREAS, in connection with those proceedings, the Court reviewed the financial affidavit submitted in support of Mr. Pealy's request for the appointment of counsel;

WHEREAS the Court approved the financial affidavit submitted in support of Mr. Pealy's request for appointed counsel;

It is hereby ORDERED that Neil P. Kelly, Esq., of the Federal Defenders of New York, is appointed as counsel of record for Robert Pealy in this matter.

Dated: New York, New York    **SO ORDERED:**
       May 27, 2021

_____
**HONORABLE KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**