UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    **CONSENT TO PROCEED BY VIDEO OR**
                                                             **TELE CONFERENCE**

                    -against-
                                                             **21 MAG 4109**


Robert Pealy,                          Defendant.
--------------------------------------------------------------------X

Defendant ___ROBERT PEALY_____ hereby voluntarily consents to
participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

   _x_      Initial Appearance Before a Judicial Officer

   ___      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
            Indictment Form)

   ___      Bail/Detention Hearing

   ___      Conference Before a Judicial Officer



 /s/ Robert Pealy /NPK                              _____
Defendant's Signature                               Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Robert Pealy                                        Neil P. Kelly
_____                     _____
Print Defendant's Name                              Print Counsel's Name



This proceeding was conducted by reliable video or telephone conferencing technology.

 6/2/2021                                            _____
_____                             U.S. District Judge/U.S. Magistrate Judge
Date